UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MISC. NO.

IN RE: ELECTRONIC DEVICES, FASHION
MERCHANDISE, AND ARTWORK
_____/

**UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE CIVIL FORFEITURE COMPLAINT**

The United States of America ("United States"), through its undersigned Assistant United States Attorney, respectfully moves this Honorable Court for an enlargement of time to file to a civil forfeiture complaint, and, in support of this motion, states:

1. Pursuant to 18 U.S.C. § 983(a)(3)(A), the government is required to file a civil forfeiture complaint no later than ninety (90) days after a claim has been filed or, if no complaint is filed, to release the property. The statute also provides that the Court may extend the time for good cause shown or upon agreement of the parties.[1]

2. On March 11, 2020, Homeland Security Investigations ("HSI") executed a search warrant on the residence of Steve Ilarion and Natacha Thermitus, which residence was located in Broward County, Florida. During the execution of the search warrant, agents seized (151) items.

3. United States Customs and Border Protection ("CBP") initiated administrative forfeiture proceedings regarding the (151) items, and sent written notices of seizure to potential claimants. The Notices of Seizure organized the seized items into the following categories:

---

[1] The statute, in relevant part, reads:
(3)(A) Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.
18 U.S.C. § 983(a)(3)(A).

electronic devices, fashion merchandise, and artwork (collectively, the "Seized Assets).

4.      On July 7, 2020, CBP received a claim from Steve Ilarion ("Ilarion"), through his attorney (Ken Swartz, Esq.), for approximately (82) of the Seized Assets, which included the seized artwork.  On July 14, 2020, CBP received a claim from Natacha Thermitus ("Thermitus"), through her attorney (Jason Kreiss, Esq.), for approximately (77) of the Seized Assets, which included the seized artwork.

5.      The deadline for filing a civil forfeiture complaint as to the claim received from Ilarion is October 5, 2020.  The deadline for filing a civil forfeiture complaint as to the claim received from Thermitus is October 12, 2020.

6.      On September 9, 2020, CBP received a petition from Bay Design Store, Inc., through its owner, Ms. Susan E. Bay, for the seized artwork. CBP subsequently referred these matters to the United States Attorney's Office for the Southern District of Florida.[2]

7.      The undersigned and counsel for claimants Ilarion and Thermitus are involved in settlement negotiations regarding the Seized Assets, which may resolve this forfeiture matter without further litigation.  In addition, Ilarion and Thermitus are aware that they are also under federal investigation.  The Assistant United States Attorney assigned to the federal investigation and counsel for claimants Ilarion and Thermitus are involved in plea negotiations, which may further obviate the need to file a civil forfeiture complaint.

8.      On September 29, 2020, the undersigned conferred by telephone with counsel for claimants Ilarion and Thermitus and there are no objections to the government's instant motion for

---

[2]Error! Main Document Only.   HSI is still in the process of collecting information regarding the seized artwork. This information should assist the government in resolving the claims regarding the seized artwork.

an enlargement of time to file a civil forfeiture complaint by January 3, 2021.

9. On September 23, 2020, the undersigned and Brett P. Hargaden, Esq., an attorney at U.S. Customs and Border Protection, conferred by telephone with the Comptroller at Bay Design Store, Inc., Ms. Nansi Prado, and there is no objection to the government's instant motion for an enlargement of time to file a civil forfeiture complaint by January 3, 2021.

WHEREFORE, based on the foregoing, the United States respectfully requests that this Honorable Court grant this motion and enter the proposed order.

Respectfully Submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:  */s/ William T. Zloch*
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0105619
United States Attorney's Office
500 S. Australian Ave. Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 820-8777
Email: William.zloch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2020, I electronically filed the foregoing Motion with the Clerk of the Court using CM/ECF.   I also certify that this motion and proposed order are being emailed to the following parties:

Ken Swartz, Esq.
(Attorney for claimant Steve Ilarion)

Jason Kreiss, Esq.
(Attorney for claimant Natacha Thermitus)

Ms. Nansi Prado
Bay Design Store, Inc.